KIM L. RYAN, SBN #169623
6540 Stockton Blvd., Suite 4
Sacramento, CA 95823
Telephone: (916) 427 0239
Facsimile: (916) 427 0159

Attorney for Defendant Huyen T. Le

IN THE UNITED STATES DISTRICT COURT,
FOR THE EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.: 2:09-CR-180 FCD |
| Plaintiff, | **ORDER** |
| vs. | DATE: December 14, 2009 |
| HUYEN T. LE, | COURT: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

The Court having review Defendant HUYEN THANH LE's request to stay his self surrender date for two weeks until December 29, 2009 is hereby grants Defendant two weeks stay.

Defendant HUYEN THANH LE is ordered to surrender to US Marshall Office on December 29, 2009. All other court orders remain in effect until December 29, 2009.

Dated: December 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1